**FILED**

03/26/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0027

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0027

---

KINGSLEY UROMU-OKPE ARIEGWE,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

---

## GRANT OF EXTENSION

---

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including April 26, 2021, within which to prepare, serve, and file its response brief.

**MP**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 26 2021